1  **KABATECK BROWN KELLNER LLP**
   BRIAN S. KABATECK, ESQ. / BAR #152054
2  RICHARD L. KELLNER, ESQ. / BAR #171416
   644 South Figueroa Street
3  Los Angeles, CA 90017
   Telephone: (213) 217-5000
4  Facsimile: (213) 217-5010
   Email: bsk@kbklawyers.com
5

6  **KHORRAMI POLLARD & ABIR LLP**
   SHAWN KHORRAMI, ESQ. / BAR #180411
7  DYLAN POLLARD, ESQ. / BAR #180306
   444 So. Flower Street, Thirty-Third Floor
8  Los Angeles, CA 90071
   Telephone: (213) 596-6000
9  Facsimile: (213) 596-6010
   Email: dpollard@kpalawyers.com
10

11 Attorneys for Plaintiffs

12

13 **IN THE UNITED STATES DISTRICT COURT**
   **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
14 **(SAN FRANCISCO DIVISION)**

15 IN RE: BEXTRA AND CELEBREX      ) **MDL CASE NO.: 05-CV-1699**
   MARKETING SALES PRACTICES AND  )
16 PRODUCT LIABILITY LITIGATION    )
                                    )
17 _____)
                                    )
18 QUENTIN ADAMS, et al.,          ) **CASE NO. CGC-06-456885**
                                    ) **MDL Case No. 07-0952 CRB**
19                                  )
          Plaintiffs,              ) **STIPULATION AND ORDER OF**
20                                  ) **DISMISSAL WITH PREJUDICE**
   vs.                             ) **AS TO PLAINTIFFS JERMAINE**
21                                  ) **PATTERSON, HELENA HALLOWAY AND**
   PFIZER, INC., et al.            ) **LILLY SAMUELS (ON BEHALF OF ELLA**
22                                  ) **(PATTERSON)**
          Defendants.             )
23                                  )
                                    )
24 _____)

25

26     COME NOW, Plaintiff JERMAINE PATTERSON, HELENA HALLOWAY AND

27 LILLY SAMUELS (on behalf of Ella Patterson) and Defendants PFIZER, INC., et al., by and

28 _____
   **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO PLAINTIFFS**
   **JERMAINE PATTERSON, HELENA HALLOWAY AND LILLY SAMUELS**
   **(ON BEHALF OF ELLA PATTERSON)**

*Kabateck Brown Kellner, LLP*
*644 South Figueroa Street*
*Los Angeles, California 90017*
*(213) 217-5000*
*FAX (213) 217-5010*

1    through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and

2    hereby stipulate to the dismissal of Plaintiff JERMAINE PATTERSON, HELENA

3    HALLOWAY AND LILLY SAMUELS (on behalf of Ella Patterson) from this action, with

4    prejudice, each side bearing its own attorney's fees and costs.

5

6                        Respectfully submitted,

7

8    Dated: September 29, 2009       **KABATECK BROWN KELLNER LLP**

9

10                       By: _____

11                          Brian S. Kabateck, Esq.
                             Attorneys for Plaintiff JERMAINE PATTERSON,

12                          HELENA HALLOWAY AND LILLY SAMUELS
                           (on behalf of Ella Patterson)

13

14    Dated:      October 27, 2009      **DLA PIPER LLP**

15

16                       By: ___/S/_____

17                          Matthew A. Holian
                         Attorney for Defendants PFIZER, INC., et al.

18

19

20                         **ORDER**

21    **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS**

22    **SO ORDERED.**

23

24    Dated:    OCT 2 9 2009    _____

25                          Honorable Charles R. Breyer
                         United States District Court

26

27

28

            **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO PLAINTIFFS**
             **JERMAINE PATTERSON, HELENA HALLOWAY AND LILLY SAMUELS**
                          **(ON BEHALF OF ELLA PATTERSON)**

Kabateck Brown Kellner, LLP
644 South Figueroa Street,
Los Angeles, California 90017
(213) 217-5000
FAX (213) 217-5010